UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Robert Barbee, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-11-2586-PHX-MEA |
| | ) | |
| v. | ) | |
| | ) | |
| Zurich American Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 21, 2013, judgment is entered in favor of defendant and against plaintiff with regard to the claims stated in the complaint. Plaintiff to take nothing, and complaint and action are dismissed.

                                                  BRIAN D. KARTH
                                                  District Court Executive/Clerk

May 21, 2013

                                                  s/L. Dixon
                                                  By: Deputy Clerk

cc: (all counsel)